UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------x
:
THIS, LLC                                          :
:
:
                         Plaintiff,        :
:
      v.                                    :
:
HOLABELLE, INC. a/k/a                              :
KOOKOODOO FUN PLAY, INC.,                          :   Civil Action No.: 3:23-cv-01579-SVN
YA LAN YANG a/k/a YALAN YANG                       :
a/k/a STELLA YANG,                                 :
TODD GLONEK,                                       :
THE STOP AND SHOP                                  :
SUPERMARKET COMPANY, LLC,                          :
AHOLD DELHAIZE USA, INC.,                          :
ALBERTSONS COMPANIES, INC.,                        :
THE VONS COMPANIES, INC.,                          :
BALDUCCI'S FOOD LOVER'S                            :
MARKET, KINGS FOOD MARKETS,                        :
SAFEWAY, INC.,                                     :
JOHN DOES 1-10 (presently unknown                  :
and fictitiously identified entities),             :
ABC CORPORATIONS 1-25                              :
(presently unknown and fictitiously                :
identified entities)                               :
:
                         Defendants.       :
---------------------------------------------------x

**PLAINTIFF'S MOTION TO EXTEND RULE 26 MEETING REPORT DEADLINE**

      Plaintiff This, LLC ("TLLC") hereby moves the Honorable Court for an extension of time of seven (7) days for the Parties to file a Rule 26 Meeting Report, to February 7, 2024. In support of this Motion, TLLC states:

1. The current Meeting Report deadline is January 31, 2024.

2. This is TLLC's first request for additional time to file the Fed. R. Civ. P. 26(f) Meeting Report.

3. TLLC inquired of all non-moving parties. Counsel for defendants Albertsons

Companies, Inc., The Vons Companies, Inc., Balducci's Food Lover's Market, Kings Food Markets, and Safeway, Inc., and counsel for defendants The Stop & Shop Supermarket Company, LLC and Ahold Delhaize USA, Inc. have consented to this Motion. Counsel for defendants HolaBelle, Inc., Ya Lan Yang a/k/a Yalan Yang a/k/a Stella Yang, and Todd Glonek stated that they "will not join the motion, but will not oppose it."

4. Good cause for the extension exists pursuant to D. Conn. L. Civ. R. 7(b) due to the heavy and expedited motion practice that has already occurred in this case as recently as this week, as well as TLLC's impending deadline of February 2, 2024, for the remaining two (2) jurisdictional motions, which have constrained TLLC's availability for the Rule 26(f) meeting.

| PLAINTIFF – | DEFENDANTS – |
|---|---|
| THIS, LLC | AHOLD DELHAIZE USA, INC. and THE STOP & SHOP SUPERMARKET COMPANY LLC |
| By: */s/ Todd S. Sharinn* | By: */s/ Michael R. Shebelskie* |
| Todd S. Sharinn (CT419121) | Michael R. Shebelskie, Esq. (phv207637) |
| Gilbride, Tusa, Last & Spellane LLC | Hunton Andrews Kurth LLP |
| 986 Bedford Street | Riverfront Plaza, East Tower |
| Stamford, CT 06905 | 951 East Byrd Street |
| Tel. (203) 542-8418 | Richmond, VA 23219-4074 |
| Fax (203) 622-9392 | Telephone: (804) 788-8200 |
| tss@gtlslaw.com | Fax: (804) 788-8218 |
| | mshebelskie@huntonak.com |

DEFENDANTS –
ALBERTSONS COMPANIES, INC.


By: */s/ R. Spencer Montei*
Jeanne M. Gills (IL 6225018)
R. Spencer Montei (IL 6313532)
Ariba A. Ahmad (6343233)
FOLEY & LARDNER LLP
312 North Clark Street, Suite 3000
Chicago, Illinois 60654
Tel. (312) 832-4500
Fax (312) 832-4700
Email: jmgills@foley.com
rmontei@foley.com
aahmad@foley.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 26, 2024, I caused the foregoing document to be electronically served upon the counsel of record for HolaBelle, Inc. a/k/a KooKooDoo Fun Play, Inc., Ya Lan Yang a/k/a Yalan Yang a/k/a Stella Yang, Todd Glonek, The Stop & Shop Supermarket Company, LLC, Ahold Delhaize USA, Inc., Albertsons Companies, Inc., The Vons Companies, Inc., Balducci's Food Lover's Market, Kings Food Markets, and Safeway, Inc. by operation of the Court's electronic filing system at the following addresses:

**Michael Ahmadshahi**
Ahmadshahi Law Offices
4695 MacArthur Court
Ste 1100
Newport Beach, CA 92660
949-556-8800
Fax: 949-798-5501
Email: mahmadshahi@mmaiplaw.com

**Kevin Ebrahim Dehghani**
Kevin E. Dehghani, Attorney at Law
900 Chapel Street
Ste 10th Floor
New Haven, CT 06510-2070
203-773-9513
Fax: 203-773-1868
Email: kdehghani@dehghanilaw.com

**Craig A. Raabe**
Izard, Kindall & Raabe LLP
29 South Main Street
Suite 305
West Hartford, CT 06107
860-513-2939
Email: craabe@ikrlaw.com

**Seth R. Klein**
Izard Kindall & Raabe
29 South Main Street
Suite 315
Hartford, CT 06103
860-493-6292

Fax: 860-493-6291
Email: sklein@ikrlaw.com

**John Gary Maynard , III**
Hunton Andrews Kurth
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219
804-788-8772
Email: jgmaynard@huntonak.com

**Matthew Joseph Ricciardi**
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202-955-1685
Email: mricciardi@huntonak.com

**Michael R Shebelskie**
Hunton Andrews Kurth LLP
Riverfront Plaza - East Tower
951 East Byrd Street
Richmond, VA 23219
804-788-8716
Fax: 804-788-8218
Email: mshebelskie@huntonak.com

**Michael D Kaminski**
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W.
Suite 600
Washington, DC 20007
202-672-5490
Email: mkaminski@foley.com

**Richard Spencer Montei**
Foley & Lardner LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654
312-832-4354
Email: rmontei@foley.com

**Ariba Ahmad**
Foley & Lardner LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654
312-832-4727
Email: aahmad@foley.com

**Jeanne Gills**

Foley & Lardner LLP
321 N. Clark Street
Suite 3000
Chicago, IL 60654
312-832-4500
Email: jmgills@foley.com

          By:   */s/ Bryan L. Wein*
                Todd S. Sharinn, Esq.
                Bryan L. Wein, Esq.
                Gilbride, Tusa, Last & Spellane LLC
                986 Bedford Street
                Stamford, CT 06905
                Telephone: (203) 542-8418
                tss@gtlslaw.com

                *Attorneys for Plaintiff*
                *THIS, LLC*