GILBRIDE, TUSA, LAST & SPELLANE, LLC
Todd S. Sharinn
Bryan L. Wein
986 Bedford Street
Stamford, CT 06905
Telephone: (203) 542-8418
Facsimile: (203) 622-9392
tss@gtlslaw.com

*Attorneys for Plaintiff*
*THIS, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| This, LLC, | ) | |
| | ) | Index No. 3:23-cv-1579-SVN |
| *Plaintiff*, | ) | |
| | ) | |
| *v.* | ) | **CONSENT TO CHANGE** |
| | ) | **ATTORNEYS** |
| HolaBelle, Inc., *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

IT IS HEREBY CONSENTED THAT Tannenbaum Helpern Syracuse & Hirschtritt LLP located at 900 Third Avenue, New York, New York 10022-6601, (212) 508-6700, be substituted as attorneys of record for plaintiff in the above-entitled proceeding in the place and stead of Gilbride, Tusa, Last & Spellane, LLC as of the date hereof.

Dated: May 10, 2024
New York, New York

GILBRIDE, TUSA, LAST & SPELLANE LLC

By:______________________________
Todd S. Sharinn
Outgoing Attorneys for Plaintiff
986 Bedford Street
Stamford, CT 06901
Tel. (203) 622-9360

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

By:______________________________
Todd S. Sharinn
Incoming Attorneys for Plaintiff
900 Third Avenue
New York, New York 10022
Tel. (212) 508-6700

CONSENTED TO:

**THIS, LLC**

By: [signature]
Joseph Cooper
Managing Member

Sworn to before me this
10th day of May, 2024

[signature]
Notary Public

Jana R. Eliseo
Notary Public-Connecticut
My Commission Expires
December 31, 2025

So Ordered:

______________________________
Hon. Sarala V. Nagala, U.S.D.J.

**CERTIFICATE OF SERVICE**

The foregoing document was filed with the Clerk of Court via the CM/ECF system on May 10, 2024, and, thereby, automatically and electronically served on all counsel of record.

By: */s/ Bryan L. Wein*

Bryan L. Wein, Esq.
GILBRIDE, TUSA, LAST & SPELLANE LLC

*Counsel for Plaintiff This, LLC*