**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **This, LLC,** | **: Civil Action No.: 3:23-cv-1579-SVN** |
| *Plaintiff,* | **:** |
| | **:** |
| **v.** | **:** |
| | **:** |
| **HolaBelle, Inc., et al,** | **:** |
| *Defendants.* | **: December 19, 2024** |

**SPECIAL APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for defendants HolaBelle, Inc., Ya Lan Yang and Todd Glonek ("Defendants"), in the above-captioned case. Despite my appearance, Defendants have not conceded personal jurisdiction and maintain their pending motion to dismiss.

Dated at Hartford, Connecticut this 19th day of December, 2024.

**DEFENDANTS,**
**HOLABELLE, INC.**
**YA LAN YANG**
**TODD GLONEK**

By:     Mary Mintel Miller
        Mary Mintel Miller (ct28994)
        Reid and Riege, P.C.
        One Financial Plaza, 21st Floor.
        Hartford, CT 06103
        Telephone: (860) 240-1059
        Fax: (860) 240-1002
        mmiller@rrlawpc.com

027500.000000/36343706.1

## CERTIFICATION OF SERVICE

This is to certify that on December 19, 2024, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mary Mintel Miller
Mary Mintel Miller