UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **THIS, LLC** : | CIVIL ACTION NO. 3:23-cv-01579-SVN |
| **Plaintiff,** : | |
| : | |
| v. : | |
| : | |
| **HOLABELLE, INC., et al.,** : | |
| **Defendants.** : | March 27, 2025 |

### STIPULATED E-DISCOVERY ORDER

The Court issues this Stipulated E-Discovery Order ("E-Discovery Order" or "Order") to facilitate the efficient collection and production of electronically stored information under the Local Rules of this Court and Federal Rules of Civil Procedure. Unless modified upon proper application to the Court, this Order shall remain in effect through the conclusion of this litigation.

**It is hereby ORDERED as follows:**

1. This Order supplements all other discovery rules and orders. It streamlines Electronically Stored Information ("ESI") production to promote a "just, speedy, and inexpensive determination" of this action, as required by Federal Rule of Civil Procedure 1.

2. This Order may be modified for good cause or by mutual consent by all of the parties.

3. ESI and non-ESI shall be produced to the requesting party either in their native format or as text-searchable image files (*e.g.*, TIFF). Documents produced in TIFF image format will be single page black and white *.tif files at 300 DPI, Group IV compression, named to match the production number on the page. Each *.tif file will be assigned a unique name matching the production number of the corresponding page. TIFF and native files will be grouped in folders of no more than 1,000 files each unless necessary to prevent a document from splitting across folders.

Documents will not be split across folders and separate folders will not be created for each document. Original document orientation will be maintained (i.e., portrait to portrait and landscape to landscape). Word processing files, including Microsoft Word files (*.doc and *.docx), will be produced with tracked changes enabled and comments displaying, to the extent that tracked changes and comments exist. If metadata is produced, it shall be in accordance with the attached Exhibit A.

4. All presentation files, including Microsoft PowerPoint files (*.ppt and *.pptx), shall be produced in native or TIFF format. These presentation files will be produced with comments, hidden slides, speakers' notes, and similar data displaying.

5. Production of responsive data contained in Microsoft Access database files will be in native format unless redacted for privilege or other protection from disclosure prior to production. Production of responsive data contained in other types of relational databases should be achieved via a report or export of such data to Microsoft Excel spreadsheets, if feasible. If the database information cannot reasonably be read outside an Excel or Access Database environment, the parties agree to meet and confer as to a reasonable production format for that information. If a database file is redacted for privilege or other protection from disclosure, then it shall be produced with redactions in an appropriate substitute format.

6. Each document shall have a unique file name, which shall be the Bates number of that page or the page range of the document. Bates numbering should be sequential. The Bates number must be electronically branded on each produced TIFF image of ESI. Likewise, any confidentiality designations described in the Protective Order must be electronically branded on each produced TIFF image of ESI or included in the filename for each file produced in native

format. Neither Bates numbering nor confidentiality designations should be included in the extracted text of the ESI.

7. The parties shall make reasonable efforts to preserve parent-child relationships (the association between an attachment and its parent document).

8. The receiving party shall not use ESI that the producing party asserts is attorney-client privileged or work product protected to challenge the privilege or protection.

9. Procedures relating to the inadvertent production of privileged or work product-protected ESI shall be governed by the Court's Standing Protective Order, as well as any other protective order subsequently entered in this case.

10. The mere production of ESI in a litigation as part of a mass production shall not itself constitute a waiver for any purpose.

**IT IS SO ORDERED.**

Dated: March 27, 2025

                      Sarala V. Nagala
                      (Digitally signed by Sarala V. Nagala, Date: 2025.03.26 22:58:04 -04'00')

Hon. Sarala V. Nagala
United States District Judge

Respectfully submitted by:

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

By: */s/ Todd S. Sharinn*
Todd S. Sharinn, Esq.
Bryan L. Wein, Esq.
900 Third Avenue
New York, New York 10022
Telephone: (212) 702-3171
tsharinn@thsh.com

*Attorneys for Plaintiff*

*This, LLC*

REID & RIEGE, P.C.

By:     /s/ Mary Mintel Miller
          Mary Mintel Miller
          Reid and Riege, P.C.
          234 Church Street
          9th Floor
          New Haven, CT 06510
          860-240-1059
          mmiller@reidandriege.com
          *Attorney for Defendants*
          *HolaBelle, Inc., Ya Lan Yang, and Todd Glonek*

## EXHIBIT A

**Default Metadata Production Fields**

| FIELD NAME | DESCRIPTION |
| --- | --- |
| Begin Bates | Beginning Bates Number |
| End Bates | Ending Bates Number |
| Bates Range | Bates Range for Email |
| Begin Attachment | Beginning Bates Number of a Family Group |
| End Attachment | Ending Bates Number of a Family Group |
| Att Count | Number of attachments to an email |
| Attachment Name | The file name(s) of all attachments. |
| Parent Date and Time | Date and Time Parent Email was Created. Must be in the "mm/dd/yyyy HH:mm:ss" format. |
| ParentID | Bates Number of the Parent Email (populated for attachments only) |
| Child ID | Bates Number of the Attachment (s) (populated for Parent Emails only) |
| Custodian/Source | The original custodian, and all other custodians, separated with a multi-value delimiter, from whom the Document was collected and who possessed the document.  For documents from centralized repositories where custodian name is unavailable, identifying source information should be provided. |
| Subject | Subject Line of the Email |
| File Name | Name of the File as maintained in the ordinary course |
| File Extension | File Extension |
| Sent Date and Time | Email Sent Date and Time. Must be in the "mm/dd/yyyy HH:mm:ss" format. |
| Received Date and Time | Date and Time Email Received. Must be in the "mm/dd/yyyy HH:mm:ss" format. |
| Created Date and Time | Date and Time File was Created. Must be in the "mm/dd/yyyy HH:mm:ss" format. |
| Modified Date and Time | Date and Time File was Last Modified. Must be in the "mm/dd/yyyy HH:mm:ss" format |
| Last Accessed Date and Time | Date and Time File was Last Accessed.  Must be in the "mm/dd/yyyy HH:mm:ss" format. |
| Author | Author of the Application file |
| From | Sender of an Email |
| To | Recipients of the Email |
| CC | CCs of the Email |

| BCC | BCCs of the Email |
| --- | --- |
| File Type | Email, Spreadsheet, Word Processing Document, etc. |
| File Path | Location of the file or email as it is maintained in the ordinary course |
| Record Type | Type of file – Email, attachment, or eFile |
| Email Message ID | Unique identifier for email |
| Email Conversation Index | Indicating relative position of email within the conversation thread |
| Redacted (yes/no) | Indicating whether the File has been redacted |
| Hidden Contents/Embedded Objects (yes/no) | Indicating whether File has hidden contents or imbedded objects. |
| Native Link | Native Link for File |
| MD5 Hash | Value commonly used to de-duplicate files or identify duplicates |
| Time Zone Offset | UTC−00:00 |